## In re: FARMERS INSURANCE EXCHANGE, Claims Representatives' Overtime Pay Litigation.

### Jesse Corralez; Dave Miller, et al., Plaintiffs,

and

### The Milner Class, Intervenor— Appellant,

v.

### Farmers Insurance Exchange, Defendant—Appellee,

and

### Farmers Group, Inc.; et al., Defendants.

No. 05–35812.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 14, 2006.

Filed Oct. 26, 2006.

N. Robert Stoll, Esq., Timothy S. DeJong, Esq., Jennifer A. Wagner, Esq.,

was reasonable and nothing in the record suggests that the court believed it was constrained by the guidelines.

Stoll, Stoll, Berne, Lokting & Schlachter, PC, Portland, OR, Steven G. Zieff, Kenneth J. Sugarman, Esq., Rudy, Exelrod, Zieff & True, Michael Rubin, Esq., Peder J.V. Thoreen, Esq., Altshuler, Berzon, Nussbaum, Rubin & Demain, James M. Finberg, Esq., Eve H. Cervantez, Esq., Lieff, Cabraser, Heimann & Bernstein, LLP, San Francisco, CA, Todd Jackson, Jeffrey J. Lewis, Lewis, Feinberg, Renaker & Jackson, PC, Oakland, CA, for Plaintiffs.

Barry G. Reed, Esq., Zimmerman Reed, Scottsdale, AZ, Timothy J. Becker, Esq., Zimmerman Reed, PLLP, Minneapolis, MN, Richard J. Vangelisti, Esq., Vangelisti Law Offices, PC, Portland, OR, for Intervenor–Appellant.

Lee T. Paterson, Esq., Jessie A. Kohler, Winston & Strawn, LLP, Los Angeles, CA, Barnes H. Ellis, Esq., James N. Westwood, Esq, Stoel Rives, LLP, Portland, OR, for Defendant–Appellee.

Before: SILVERMAN and GOULD, Circuit Judges, and RHOADES,* District Judge.

MEMORANDUM **

On January 12, 2005, the district court issued an injunction to protect its judgment in a companion case to this appeal, *Miller, et al. v. Farmers Ins. Exchange*, 466 F.3d 853 (9th Cir.2006). Now that we have reversed that judgment with respect to claims under Minnesota's Fair Labor Standards Act, the district court's denial of

---

* The Honorable John S. Rhoades, Sr., Senior United States District Judge for the Southern District of California, sitting by designation.

the Milner Class's motion to vacate the injunction is reversed. We remand with instructions to the district court to vacate its injunction.

**REVERSED AND REMANDED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.